IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRANDY XAYSVONGSA                                                                                    PLAINTIFF

v.                                            CIVIL NO. 2:24-cv-02093-MEF

MARTIN O'MALLEY, Commissioner
Social Security Administration                                                                  DEFENDANT

**MEMORANDUM OPINION**

On July 22, 2024, Plaintiff, Brandy Xaysvongsa, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security. (ECF No. 2). In so doing, however, she failed to pay the $405 filing fee or file an Application to Proceed In Forma Pauperis. On July 22, 2024, this Court filed a Notice of Deficiency, directing the Plaintiff to either file an Application to Proceed In Forma Pauperis or pay the filing fee by July 24, 2024. Said notice warned the Plaintiff that her failure to act by the deadline could result in dismissal of her case. (ECF No. 5). Neither the filing fee nor an Application to Proceed In Forma Pauperis was filed in response, and the Court entered a Show Cause Order directing the Plaintiff to show cause by August 15, 2024, again indicating that her failure to respond would result in the dismissal of her Complaint. (ECF No. 6). The Plaintiff again failed to respond and there is no evidence to suggest that this Order was undeliverable.

Accordingly, as neither the filing fee nor an Application to Proceed In Forma Pauperis has been filed, dismissal of the action is appropriate pursuant to FED. R. CIV. P. 41(b), and the Clerk of Court is directed to dismiss Plaintiff's Complaint without prejudice.

DATED this the 27th day of August 2024.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE