IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRANDY XAYSVONGSA                                                                                    PLAINTIFF

v.                                    CIVIL NO. 2:24-cv-02093-MEF

MARTIN O'MALLEY, Commissioner
Social Security Administration                                                                       DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 27th day of August 2024.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE